Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

**U.S.A. vs. Anthony Rose**　　　　　　　　　　　　　　　　　**Docket No. 07-00278-001**

### Petition on Probation

　　　COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Anthony Rose, who was placed on supervision by the Honorable Gary L. Lancaster sitting in the Court at Pittsburgh, Pennsylvania, on the 1st day of February 2008, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall pay a $100 special assessment.
- Shall pay restitution of $2,440.
- Shall provide the probation officer with any requested financial information.
- Shall not incur new lines of credit without the approval of the probation officer.
- Shall submit to DNA testing.

02-01-08:　　Passing and Uttering Counterfeit Money, Obligations, or Securities; 3 years' probation; Currently supervised by U.S. Probation Officer Donald Covington.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Your Petitioner reports that the probationer has violated the following conditions:

**While on Probation, the defendant shall not commit another federal, state , or local crime.**

Your Petitioner reports that in the Washington County Court of Common Pleas, on August 13, 2008, at No. 1091 of 2008, the probationer pled guilty to the charge of Forgery and Receiving Stolen Property. The probationer was sentenced to a probation term of 18 months. The offense occurred on or around February 10, 2008, which is during the period of probation.

**The defendant shall notify the probationer officer within 72 hours of being arrested or questioned by a law enforcement officer.**

Your Petitioner reports that the probationer was arrested on May 1, 2008 and charged with Forgery and Receiving Stolen Property. The probationer failed to notify the probation officer of the arrest.

**The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.**

Your Petitioner reports that the probationer failed to submit monthly supervision report forms within the first five days of each month.

U.S.A. vs. Anthony Rose
Docket No. 07-00278-001
Page 2

PRAYING THAT THE COURT WILL ORDER that the probationer appear in Federal Court, Courtroom No. 3A, Third Floor, U.S. Post Office and Courthouse, Pittsburgh, Pennsylvania, with legal counsel on SEPTEMBER 23, 2008 at 2 PM, to show cause why supervision should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

ORDER OF COURT

Considered and ordered this 17th day of SEPT, 20 08 and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

Executed on August 26, 2008

_____
Donald A. Covington
U.S. Probation Officer

_____
Roselyn Gerson
Supervising U.S. Probation Officer

Place: Pittsburgh, PA