IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,          )
                                   )
      v.                           )   Criminal No. 07-278
                                   )
ANTHONY ROSE,                      )
      Defendant.                   )

## ORDER

AND NOW, this 23rd day of September, 2008, IT IS HEREBY ORDERED that the judgment and commitment order, dated February 4, 2008, is modified to include the following condition of probation:

> "The defendant shall serve (6) months at the Renewal Community Correction Center and that he be allowed work release. Any allowed work release shall be confined to the Western District of Pennsylvania."

All other terms of the court's sentence shall remain in full force and effect.

BY THE COURT:

_____, J.

cc:   Luke E. Dembosky,
      Assistant United States Attorney

      Warner Mariani, Esq.
      428 Forbes Avenue
      Suite 220
      Pittsburgh, PA 15219

      United States Marshal

      United States Probation

      United States Bureau of Prisons