# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Anthony Rose                                                  Docket No. 07-00278-001

### Petition on Probation

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Anthony Rose, who was placed on supervision by the Honorable Gary L. Lancaster sitting in the Court at Pittsburgh, Pennsylvania, on the 1st day of February 2008, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall pay a $100 special assessment.
- Shall pay restitution of $2,440.
- Shall provide the probation officer with any requested financial information.
- Shall not incur new lines of credit without the approval of the probation officer.
- Shall submit to DNA testing.

| | |
|---|---|
| 02-01-08: | Passing and Uttering Counterfeit Money, Obligations, or Securities; 3 years' probation; Currently supervised by U.S. Probation Officer Donald Covington. |
| 09-17-08: | Order, Judge Lancaster; Show cause hearing scheduled for September 23, 2008. |
| 09-23-08: | Show cause hearing; Judge Lancaster; Conditions of probation modified to include placement at the Renewal Community Corrections Center for a period not to exceed 180 days. |

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that the probationer has violated the following conditions:

**While on Probation, the defendant shall not commit another federal, state, or local crime.**

The probationer was arrested by the Pittsburgh Police on October 29, 2008, and charged with Robbery, Burglary and Criminal Trespass. The incidents that led to the probationer's arrest occurred on August 25, 2008, and on October 8, 2008, which were during the term of probation.

The probationer is being charged with Identity Theft by the Washington County District Attorney's Office. The incident occurred at California University of Pennsylvania on August 30, 2008, which is during the term of probation.

U.S.A. vs. Anthony Rose
Docket No. 07-00278-001
Page 2

**PRAYING THAT THE COURT WILL ORDER** that a bench warrant be issued for the probationer's arrest and that the warrant be lodged as a detainer at the Allegheny County Jail.

I declare under penalty of perjury that the foregoing is true and correct.

ORDER OF COURT

Considered and ordered this 3 day of Nov, 20 08 and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

Executed on October 30, 3008

_____
Donald A. Covington
U.S. Probation Officer

_____
Paul Dippolito
Supervising U.S. Probation Officer

Place: Pittsburgh, PA