

# UNITED STATES DISTRICT COURT
## For The
# WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Anthony Rose                                      Docket No. 07-00278-001

**Supplemental Petition on Probation**

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Anthony Rose, who was placed on supervision by the Honorable Gary L. Lancaster sitting in the Court at Pittsburgh, Pennsylvania, on the 1st day of February 2008, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall pay a $100 special assessment.
- Shall pay restitution of $2,440.
- Shall provide the probation officer with any requested financial information.
- Shall not incur new lines of credit without the approval of the probation officer.
- Shall submit to DNA testing.

| | |
|---|---|
| 02-01-08: | Passing and Uttering Counterfeit Money, Obligations, or Securities; 3 years' probation; Currently supervised by U.S. Probation Officer Donald Covington. |
| 09-17-08: | Order, Judge Lancaster; Show Cause Hearing scheduled for September 23, 2008. |
| 09-23-08: | Show Cause Hearing; Judge Lancaster; Conditions of probation modified to include placement at the Renewal Community Corrections Center for a period not to exceed 180 days. |
| 11-03-08: | Warrant issued and lodged as a detainer. |

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that the probationer has violated the following conditions:

**While on probation, the defendant shall not commit another federal, state , or local crime.**

Your Petitioner reports that in the Allegheny County Court of Common Pleas, on April 3, 2009, at Criminal Action No. CC200817880, the probationer was found guilty by a jury of the charges of Robbery With Serious Bodily Injury (two counts) and Burglary. Sentencing is scheduled for June 3, 2009. The incidents occurred on August 25, 2008, and October 8, 2008, which were during the period of probation. Therefore, the conviction is a violation of the conditions of probation.

U.S.A. vs. Anthony Rose
Docket No. 07-00278-001
Page 2

PRAYING THAT THE COURT WILL ORDER that the supervised releasee appear in Courtroom No. 3A, Suite 3250 on THURSDAY, MAY 7, 2009 at 2 PM with legal counsel to show why his supervision should not be revoked.

ORDER OF COURT

Considered and ordered this 29 day of April, 20 09 and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on          April 27, 2009

_____
Donald A. Covington
U.S. Probation Officer

_____
Roselyn Gerson
Supervising U.S. Probation Officer

Place:     Pittsburgh, PA

CC: ALL COUNSEL
    US MARSHAL
    US PROBATION